**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Earl Hampton** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No: 11-cv-8728** |
| **v.** ) | |
| ) | |
| **Weltman, Weinberg & Reis Co., L.P.A., an Ohio** ) | |
| **Corporation; Agent Jenny, Individually, and as** ) | |
| **agent, apparent agent, servant, and/or employee,** ) | |
| **of Weltman, Weinberg & Reis Co., L.P.A.,** ) | |
| ) | **JURY DEMANDED** |
| **Defendants.** ) | |

## COMPLAINT AT LAW

**NOW COMES Plaintiff**, **Earl Hampton**, by his Attorneys, Robert J. Semrad & Associates, L.L.C., and pursuant to this Complaint at Law, states the following against the above named **Defendants:**

### COUNT I
### Plaintiff v. All Defendants
### Fair Debt Collection Practices Act

1. The jurisdiction of the court is invoked pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). Venue is proper as the actions that give rise to this complaint occurred, **Plaintiff** resides, and **Defendants** conduct business within this District.

2. **Plaintiff** is a citizen of the County of Cook, State of Illinois, and is a "consumer" as that term is defined by 15 U.S.C. § 1692(a)(3).

3. **Defendant**, **Weltman, Weinberg & Reis Co., L.P.A.**, (hereinafter "**WWR**") is an Ohio Corporation, conducting business in the County of Cook, State of Illinois, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692(a)(6).

4. **Defendant**, **Agent Jenny**, is a natural person conducting business in the County of Cook, State of Illinois, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692(a)(6).

5. At all relevant times, **Agent Jenny** was the agent, apparent agent, servant, and/or employee of **WWR,** and was acting in the course and scope of her agency, servitude and/or employment.

6. Prior to 2011, **Plaintiff** took out a student loan from Wells Fargo.

7. This loan was for personal use.

8. This loan was a "debt" as that term is defined by 15 U.S.C. § 1692(a)(5).

9. On December 8, 2010, **Agent Jenny** contacted **Plaintiff** by telephone sometime before 8:00 a.m., in an attempt to collect the debt.

10. On December 10, 2010, **Agent Jenny** contacted **Plaintiff** by telephone sometime before 8:00 a.m., in an attempt to collect the debt.

11. Thereafter, **Agent Jenny** contacted **Plaintiff** by telephone at least twice in an attempt to collect the debt.

12. Each telephone call was made prior to 8:00 a.m.

13. The aforementioned telephone calls from **Agent Jenny** to **Plaintiff,** were collection communications in violation of provisions of the FDCPA.

14. As a result of **Defendants'** violations of the FDCPA, **Plaintiff** is entitled to actual damages pursuant to 15 U.S.C. § 1692(k)(a)(1); statutory damages in an amount up to $1,000.00 per incident pursuant to 15 U.S.C. § 1692(k)(a)(2)(A); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692(k)(a)(3) from **Defendants**.

**WHEREFORE**, **Plaintiff** prays that judgment be entered

- against **WWR** and **Agent Jenny,** Individually, and as agent, apparent agent, servant, and/or employee of **WWR,** and each of them, and in favor of **Plaintiff,** for an award of actual damages pursuant to 15 U.S.C. § 1692(k)(a)(1);

- against **WWR** and **Agent Jenny,** Individually, and as agent, apparent agent, servant, and/or employee of **WWR,** and each of them, and in favor of **Plaintiff,** for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692(k)(a)(2)(A);

- against **WWR** and **Agent Jenny,** Individually, and as agent, apparent agent, servant, and/or employee of **WWR,** and each of them, and in favor of **Plaintiff,** for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692(k)(a)(3); and;

- for any other such further relief as may be just and proper.

Respectfully Submitted,

/s/ Christian D. Elenbaas
Christian D. Elenbaas
ARDC 6291530

Robert J. Semrad & Associates, L.L.C.
*Attorneys for Plaintiff*
20 S. Clark St., 28th Floor
Chicago, Illinois 60603
Ph 312-913-0625 ext. 170
Fax 312-476-8530