UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Earl Hampton

                                      Plaintiff,

v.                                                                                   Case No.: 1:11−cv−08728
                                                                                   Honorable Gary Feinerman

Weltman, Weinberg & Reis Co., L.P.A.,, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 18, 2012:

      MINUTE entry before Honorable Gary Feinerman: Status hearing scheduled for 4/19/2012 [16] is stricken. The parties filed an agreed stipulation to dismiss [16], the case is dismissed with prejudice, pursuant to settlement agreement.Civil case terminated. Mailed/Telephoned notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.